UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

# CIVIL MINUTES – GENERAL

| No. | ED CV 17-00577-ODW (FFM) | Date | June 19, 2017 |
|---|---|---|---|
| Title | *Quilesha Hodges v. GEICO* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Not present | Not present | |

**Proceedings:**          **In Chambers**

In light of the parties' notice of settlement (ECF No. 14), the Court **DISMISSES** this action <u>without prejudice</u>.  The pending motion for default judgment (ECF No. 13) is **DENIED AS MOOT**.  On or before **August 21, 2017**, any settling party may move to enforce the settlement, apply to reopen the action, or stipulate to extend the deadline in which to file such a motion or application.[1]  If the settling parties do not file any such motion, application, or stipulation on or before that date, the settling parties will be deemed to have stipulated to a dismissal of this action <u>with prejudice</u>.  Fed. R. Civ. P. 41.

The Clerk of the Court shall close the case.

                                              : 00

Initials of Preparer   SE

---

[1] The Court expressly retains jurisdiction over this action to adjudicate any such or other filings made during this time.